# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LISA R MURPHY                                                        PLAINTIFF
ADC #760343

v.                                  No: 3:20-cv-332-DPM

PAYNE, Director, ADC; S W FAUST,
Senior Warden, McPherson Unit;
MELISSA JAMES, McPherson Unit;
FAITH CASE, CO, McPherson Unit;
JUDY BIAZA, Medical Administration,
McPherson Unit; NUNLEY-SYATES,
Director of Nursing, McPherson Unit;
J HUGHES, Doctor, McPherson Unit;
HUTCHINSON, APN, McPherson Unit;
STIEVE, Doctor; ROREY GRIFFEN,
Doctor; VAULNER, LPN, McPherson
Unit; KIZER, LPN, McPherson Unit;
FIELDS, LPN, McPherson Unit;
CULPEPPER, LPN, McPherson
Unit; BERRY MAGNESS, Oversight
Committee, ADC; RAYMON NAYLOR,
Investigator, ADC; A RUDD, Sergeant,
McPherson Unit; MALOTT, Sergeant,
McPherson Unit; and JENNY LONG,
CO, McPherson Unit                                                 DEFENDANTS

## ORDER

**1.** The Court withdraws the reference.

**2.** Murphy hasn't paid the filing and administrative fees or alleged that she is in imminent danger of serious physical injury;  and

the time to do so has passed. *Doc. 3.* Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

3 December 2020