IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA R MURPHY**  **PLAINTIFF**
ADC #760343

v.                    No: 3:20-cv-332-DPM

PAYNE, Director, ADC; S W FAUST, Senior Warden, McPherson Unit; MELISSA JAMES, McPherson Unit; FAITH CASE, CO, McPherson Unit; JUDY BIAZA, Medical Administration, McPherson Unit; NUNLEY-SYATES, Director of Nursing, McPherson Unit; J HUGHES, Doctor, McPherson Unit; HUTCHINSON, APN, McPherson Unit; STIEVE, Doctor; ROREY GRIFFEN, Doctor; VAULNER, LPN, McPherson Unit; KIZER, LPN, McPherson Unit; FIELDS, LPN, McPherson Unit; CULPEPPER, LPN, McPherson Unit; BERRY MAGNESS, Oversight Committee, ADC; RAYMON NAYLOR, Investigator, ADC; A RUDD, Sergeant, McPherson Unit; MALOTT, Sergeant, McPherson Unit; and JENNY LONG, CO, McPherson Unit    **DEFENDANTS**

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2020